IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2011 SEP 29 P 12: 20
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

| | |
|---|---|
| YOUNG OK PARK | * |
| Plaintiff, | *  Case No. 1:11-cv-02439-MJG |
| v. | * |
| R&R PROFESSIONAL RECOVERY, INC. | * |
| Defendant | * |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, by and through counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure and hereby voluntarily dismisses the Complaint with prejudice.

Respectfully submitted this 28th day of September, 2011.

/s/ Robinson S. Rowe
Robinson S. Rowe, Bar No. 27752
5906 Hubbard Dr.
Rockville, MD 20852
e-mail: rrowe@rowepllc.com
TEL: (301) 770-4710 / FAX: (301) 770-4710

SO ORDERED, on Wednesday, September 28, 2011.

/s/
Marvin J. Garbis
United States District Judge